# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL EDWARD HATCH, AN INDIVIDUAL; AND ALISHA SUZANNE HATCH, AN INDIVIDUAL,
    Appellants/Cross-Respondents,

vs.

KARI ANNE JOHNSON,
    Respondent/Cross-Appellant.

No. 83692

FILED

APR 2 5 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL AND CROSS-APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal and cross-appeal are dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Egan K. Walker, District Judge
       Simons Hall Johnston PC/Reno
       Robison, Sharp, Sullivan & Brust
       Washoe District Court Clerk

22-12961